| Fill in this information to identify the case: | |
|---|---|
| Debtor name  **Wellington Senior Housing, LLC** | |
| United States Bankruptcy Court for the:  MIDDLE DISTRICT OF FLORIDA | |
| Case number (if known)  **8:18-bk-06293** | ☐ Check if this is an amended filing |

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ■ Amended *Schedule*   **B, D**
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **8-17-18**    X _____
Signature of individual signing on behalf of debtor

**William Karns Enterprises, Inc., by William Karns, President**
Printed name

**Manager**
Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Wellington Senior Housing, LLC** |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number (if known) | **8:18-bk-06293** |

■ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents
**1. Does the debtor have any cash or cash equivalents?**

■ No. Go to Part 2.
☐ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor     **Current value of debtor's interest**

### Part 2: Deposits and Prepayments
**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
       Description, including name of holder of deposit

     7.1.    Centennial Bank, checking account # ending in 2135     **$231.43**

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
       Description, including name of holder of prepayment

9.    **Total of Part 2.**     **$231.43**
       Add lines 7 through 8. Copy the total to line 81.

### Part 3: Accounts receivable
**10. Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

### Part 4: Investments
**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

Debtor     **Wellington Senior Housing, LLC**                      Case number *(If known)* **8:18-bk-06293**
          Name

### Part 5: Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

### Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

### Part 7: Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No. Go to Part 8.
☐ Yes Fill in the information below.

### Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No. Go to Part 9.
☐ Yes Fill in the information below.

### Part 9: Real property

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. Parcels A and C, Plat of Brentwood of Wellington, P.U.D., according to the plat thereof as recorded in Plat Book 117, Page 177, of the Public Records of Palm Beach County, Florida. | | $0.00 | | $3,150,000.00 |

| 56. | **Total of Part 9.** | | $3,150,000.00 |
|---|---|---|---|
| | Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88. | | |

Debtor  **Wellington Senior Housing, LLC**　　　　　　　　　　　　　　　Case number *(If known)* **8:18-bk-06293**
　　　　　　Name

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ■ No
    ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

### Part 10: Intangibles and intellectual property

59. Does the debtor have any interests in intangibles or intellectual property?

    ■ No. Go to Part 11.
    ☐ Yes Fill in the information below.

### Part 11: All other assets

70. Does the debtor own any other assets that have not yet been reported on this form?
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No. Go to Part 12.
    ■ Yes Fill in the information below.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Current value of debtor's interest**

71. **Notes receivable**
    Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

    **Bond paid to Palm Beach County**　　　　　　　　　　　　　　　　　　　　　　　　　$15,000.00

78. **Total of Part 11.**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　$15,000.00
    Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

Debtor   **Wellington Senior Housing, LLC**   Case number *(If known)* 8:18-bk-06293
         Name

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. *Copy line 5, Part 1* | $0.00 | |
| 81. Deposits and prepayments. *Copy line 9, Part 2.* | $231.43 | |
| 82. Accounts receivable. *Copy line 12, Part 3.* | $0.00 | |
| 83. Investments. *Copy line 17, Part 4.* | $0.00 | |
| 84. Inventory. *Copy line 23, Part 5.* | $0.00 | |
| 85. Farming and fishing-related assets. *Copy line 33, Part 6.* | $0.00 | |
| 86. Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $0.00 | |
| 87. Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $0.00 | |
| 88. Real property. *Copy line 56, Part 9.*...............> | | $3,150,000.00 |
| 89. Intangibles and intellectual property. *Copy line 66, Part 10.* | $0.00 | |
| 90. All other assets. *Copy line 78, Part 11.* | + $15,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $15,231.43 | + 91b. $3,150,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $3,165,231.43 |

Fill in this information to identify the case:

Debtor name: **Wellington Senior Housing, LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known): 8:18-bk-06293

☒ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property           12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **Anthony J. Hicks**<br>Creditor's Name<br>c/o Kenneth G.M. Mather<br>Gunster, Yoakley & Stewart<br>401 E. Jackson Street<br>#2500<br>Tampa, FL 33602<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>Date debt was Incurred<br><br>Last 4 digits of account number<br><br>Do multiple creditors have an interest in the same property?<br>☐ No<br>☒ Yes. Specify each creditor, including this creditor and its relative priority.<br>1. Palm Beach Recovery<br>2. Anthony J. Hicks<br>3. Square One Properties, LLC<br>4. Rodney R. Finke<br>5. Stephen D. Walters<br>6. Palm Beach County | Describe debtor's property that is subject to a lien<br>**Parcels A and C, Plat of Brentwood of Wellington, P.U.D., according to the plat thereof as recorded in Plat Book 117, Page 177, of the Public Records of Palm Beach County, Florida.**<br><br>Describe the lien<br>**Mortgage**<br>Is the creditor an insider or related party?<br>☒ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☒ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☒ Unliquidated<br>☒ Disputed | $262,500.00 | $3,150,000.00 |
| **2.2** **Palm Beach County**<br>Creditor's Name<br><br>PO Box 3353<br>West Palm Beach, FL 33402-3353<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**Parcels A and C, Plat of Brentwood of Wellington, P.U.D., according to the plat thereof as recorded in Plat Book 117, Page 177, of the Public Records of Palm Beach County, Florida.**<br><br>Describe the lien<br>**Property Taxes** | $54,542.44 | $3,150,000.00 |

| Debtor | Wellington Senior Housing, LLC | Case number (if know) | 8:18-bk-06293 |
|---|---|---|---|
| | Name | | |

**2.3 Palm Beach Recovery**
Creditor's Name

19535 Gulf Blvd, Suite E
Indian Shores, FL 33785
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

Describe debtor's property that is subject to a lien
**Parcels A and C, Plat of Brentwood of Wellington, P.U.D., according to the plat thereof as recorded in Plat Book 117, Page 177, of the Public Records of Palm Beach County, Florida.**

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

$650,000.00     $3,150,000.00

---

**2.4 Rodney R. Finke**
Creditor's Name

3856 McKay Creek Drive
Largo, FL 33770
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?

Describe debtor's property that is subject to a lien
**Parcels A and C, Plat of Brentwood of Wellington, P.U.D., according to the plat thereof as recorded in Plat Book 117, Page 177, of the Public Records of Palm Beach County, Florida.**

Describe the lien
**Mortgage**

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

$600,000.00     $3,150,000.00

Also for 2.3:
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

Debtor **Wellington Senior Housing, LLC**     Case number (if know) **8:18-bk-06293**
    Name

- ☐ No
- ■ Yes. Specify each creditor, including this creditor and its relative priority.
  **Specified on line 2.1**

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

---

| 2.5 | **Square One Properties, LLC** | Describe debtor's property that is subject to a lien | $105,000.00 | $3,150,000.00 |

Creditor's Name

**Parcels A and C, Plat of Brentwood of Wellington, P.U.D., according to the plat thereof as recorded in Plat Book 117, Page 177, of the Public Records of Palm Beach County, Florida.**

**c/o Kenneth G.M. Mather Gunster, Yoakley & Stewart Tampa, FL 33602**
Creditor's mailing address

Describe the lien
**Mortgage**

Is the creditor an insider or related party?
- ■ No
- ☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
- ☐ No
- ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
- ☐ No
- ■ Yes. Specify each creditor, including this creditor and its relative priority.
  **Specified on line 2.1**

As of the petition filing date, the claim is:
Check all that apply
- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

---

| 2.6 | **Stephen D. Walters** | Describe debtor's property that is subject to a lien | $600,000.00 | $3,150,000.00 |

Creditor's Name

**Parcels A and C, Plat of Brentwood of Wellington, P.U.D., according to the plat thereof as recorded in Plat Book 117, Page 177, of the Public Records of Palm Beach County, Florida.**

**17715 Gulf Blvd Unit 604 Redington Shores, FL 33708**
Creditor's mailing address

Describe the lien
**mortgage**

Is the creditor an insider or related party?
- ■ No
- ☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
- ☐ No
- ■ Yes. Specify each creditor, including this creditor and its relative priority.
  **Specified on line 2.1**

As of the petition filing date, the claim is:
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.      **$2,272,042.44**

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

| Debtor | Wellington Senior Housing, LLC | Case number (if know) | 8:18-bk-06293 |
|---|---|---|---|
| | Name | | |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

**Fill in this information to identify the case:**

Debtor name: __Wellington Senior Housing, LLC__

United States Bankruptcy Court for the: __MIDDLE DISTRICT OF FLORIDA__

Case number (if known): __8:18-bk-06293__

☐ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**  *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Estate of James R. Pietrzak | 4720 Starkey Road Roanoke, VA 24018 | The Guarantee Company | ☐ D ____ <br> ■ E/F __3.6__ <br> ☐ G ____ |
| 2.2 | Rodney R. Finke | 3856 McKay Creek Drive Largo, FL 33770 | Palm Beach Recovery | ■ D __2.2__ <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.3 | Stephen D. Walters Trustee | 17715 Gulf Blvd Unit 604 Redington Shores, FL 33708 | The Guarantee Company | ☐ D ____ <br> ■ E/F __3.6__ <br> ☐ G ____ |
| 2.4 | Stephen D. Walters Trustee | 17715 Gulf Blvd Unit 604 Redington Shores, FL 33708 | Palm Beach Recovery | ■ D __2.2__ <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.5 | William E. Karns | 13328 87th Ave Seminole, FL 33776 | The Guarantee Company | ☐ D ____ <br> ■ E/F __3.6__ <br> ☐ G ____ |

| Debtor | **Wellington Senior Housing, LLC** | Case number (if known) | **8:18-bk-06293** |

**Additional Page to List More Codebtors**
Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column 1: **Codebtor**    Column 2: **Creditor**

| 2.6 | William E. Karns | 13328 87th Ave<br>Seminole, FL 33776 | Palm Beach Recovery | ■ D  2.2<br>☐ E/F ____<br>☐ G ____ |
| 2.7 | William F. Karns | 410 150th Ave Suite H<br>Madeira Beach, FL 33708 | Square One Properties, LLC | ■ D  2.4<br>☐ E/F ____<br>☐ G ____ |

Fill in this information to identify the case:

Debtor name **Wellington Senior Housing, LLC**

United States Bankruptcy Court for the: **MIDDLE DISTRICT OF FLORIDA**

Case number (if known) **8:18-bk-06293**

☐ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases  12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. Does the debtor have any executory contracts or unexpired leases?
   ■ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.2 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.3 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.4 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the Schedule G, Schedule H, Amended Schedule B, Amended Schedule D, and Declaration was provided by the Court's CM/ECF Noticing System on this 17th day of August 2018 to those parties registered to receive service via the Court's electronic system; including the U.S. Trustee.

I HEREBY FURTHER CERTIFY that a true and correct copy of the Amended Schedule D, Declaration and the Notice of Chapter 11 Bankruptcy Case, Meeting of Creditors, and Deadlines (Doc. 4) and the Notice of Scheduling Initial Status Conference has been served by U.S. Regular Mail to Palm Beach County, PO Box 3353, West Palm Beach, FL 33402-3353 on this 17th day of August 2018.

                                              Respectfully submitted,

*/s/ Jake C. Blanchard*
JAKE C. BLANCHARD, ESQ.
Florida Bar No: 055438
BLANCHARD LAW, P.A.
1501 Belcher Road South, Unit 2B
Largo, FL 33771
Phone: 727-531-7068
Fax No: 727- 535-2086
Email: jake@jakeblanchardlaw.com

1